**Kimmie E. WATTS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 98910.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 28, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 31, 2013.

Kimmie E. Watts, Cameron, MO, pro se for Appellant.

Chris Koster, Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

## *ORDER*

PER CURIAM.

Kimmie Watts appeals from the motion court's denial of his motion to reopen his Rule 29.15 post-conviction proceedings based on his claim that he was abandoned by his appointed post-conviction relief ("PCR") counsel. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).